IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FORT WORTH 4th STREET PARTNERS, L.P., MOJITO ENERGY LLC, KSM MINERALS, LLC, 4th STREET MINERALS, LLC, and REILLY FAMILY MINERALS, LLC, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:14-cv-03871-M |
| CHESAPEAKE ENERGY CORP., CHESAPEAKE OPERATING, LLC, CHESAPEAKE EXPLORATION, LLC as successor by merger to CHESAPEAKE EXPLORATION, LP, and CHESAPEAKE LAND COMPANY LLC, | § § § § § § § | |
| Defendants. | § § | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFERRED PAYMENT OBLIGATION AND DEDUCTIONS**

Fort Worth 4th Street Partners, LP, et al. (collectively, the "landowner plaintiffs") move the Court for summary judgment with respect to Chesapeake Exploration, L.L.C., as successor by merger to Chesapeake Exploration, L.P., and its agent, Chesapeake Operating, Inc. (collectively, "Chesapeake defendants") (1) failure to make deferred payment obligations due under the parties' Surface Use Agreement and (2) the Chesapeake defendants' deduction of post-production expenses from the landowner plaintiffs' royalties in violation of the relevant leases and contracts. While other issues remain, summary judgment is proper on these issues and will both advance the litigation and narrow the issues for trial. In support of this motion, the landowner plaintiffs rely on the concurrently-filed memorandum in support of this motion and appendix.

WHEREFORE, the landowner plaintiffs respectfully request that the Court enter judgment, pursuant to Federal Rule of Civil Procedure 56, against the Chesapeake defendants for the reasons stated in the accompanying memorandum in support of this motion and appendix and, further, grant

all other relief to which the landowner plaintiffs may show themselves justly to be entitled and for which it will ever pray.

Dated: September 11, 2015.

Respectfully submitted,

Daniel H. Charest
State Bar No. 24057803
Warren T. Burns
State Bar No. 24053119
Will Thompson
State Bar No. 24094981
BURNS CHAREST LLP
500 North Akard Street, Suite 2810
Dallas, Texas 75201
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
dcharest@burnscharest.com
wburns@burnscharest.com
wthompson@burnscharest.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on this day, September 11, 2015, via the Court's ECF system as indicated below:

Greg W. Curry
Rachelle H. Glazer
Craig A. Haynes
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
greg.curry@tklaw.com
rachelle.glazer@tklaw.com
craig.haynes@tklaw.com

Jennifer P. Henry
THOMPSON & KNIGHT LLP
801 Cherry Street, Unit # 1
Burnett Plaza, Suite 1600
Fort Worth, Texas 76102
jennifer.henry@tklaw.com

_____
Daniel H. Charest