IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FORT WORTH 4th STREET PARTNERS, L.P., MOJITO ENERGY LLC, KSM MINERALS, LLC, 4th STREET MINERALS, LLC, and REILLY FAMILY MINERALS, LLC,<br><br>    Plaintiffs,<br>v.<br><br>CHESAPEAKE ENERGY CORP., CHESAPEAKE OPERATING, LLC, CHESAPEAKE EXPLORATION, LLC as successor by merger to CHESAPEAKE EXPLORATION, LP, and CHESAPEAKE LAND COMPANY LLC,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § | No. 3:14-cv-03871-M |

## DECLARATION OF DANIEL H. CHAREST

I, Daniel H. Charest, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Partner at Burns Charest LLP, and I represent the plaintiffs in this action.

2. I have personal knowledge of the facts stated below, and would be competent to testify to them if called upon to do so.

3. Attached as Exhibit 1 is a true and correct copy of the 12/07/05 Paid up Oil and Gas Lease between Fort Worth 4th Street Partners LP and Dale Resources.

4. Attached as Exhibit 2 is a true and correct copy of the 12/07/05 Surface Use Agreement between Fort Worth 4th Street Partners LP and Dale Resources.

5. Attached as Exhibit 3 is a true and correct copy of the 06/29/07 Real Estate Purchase Agreement between Fort Worth 4th Street Partners and Chesapeake Land Company.

6. Attached as Exhibit 4 is a true and correct copy of the 07/06/07 Paid up Oil and Gas Lease between Fort Worth 4th Street Partners LP and Chesapeake Exploration LLC.

1

7. Attached as Exhibit 5 is a true and correct copy of the 07/05/07 Master Amendment of Paid up Oil and Gas Lease, Surface Use Agreement and JOA.

8. Attached as Exhibit 6 is a true and correct copy of the 08/01/08 Base Contract for Sale and Purchase of Natural Gas between Chesapeake Energy Marketing Inc. and Chesapeake Operating Inc.

9. Attached as Exhibit 7 is a true and correct copy of the 08/19/15 Memorandum Opinion and Order in *Trinity Valley Schools v. Chesapeake Operating Inc.*; No. 3:13-CV-1082-K

10. Attached as Exhibit 8 is a true and correct copy of the 09/10/15 Defendants' Amended Responses and Answers to Plaintiffs First Set of Discovery Requests.

11. Attached as Exhibit 9 is a true and correct copy of the 07/29/14 Potts v Chesapeake Exploration LLC, 760 F.3d 470.

12. Attached as Exhibit 10 is a true and correct copy of the 06/11/14 Chesapeake Energy Map titled "FWPs Occupied Lands."

13. Attached as Exhibit 11 is a true and correct copy of the 09/11/15 Expert Report of Jane Kidd.

14. Attached as Exhibit 12 is a true and correct copy of the 03/08/13 *Potts v. Chesapeake Exploration LLC* (doc. 35) Defendant's Response to Plaintiff's Post-Submission Letter Brief.

15. Attached as Exhibit 13 is a true and correct copy of the 03/11/13 *Potts v. Chesapeake Exploration LLC*, 2013 US Dist. Lexis 33264.

16. Attached as Exhibit 14 is a true and correct copy of the 09/11/15 Expert Report of Tom Robertson.

17. Attached as Exhibit 15 is a true and correct copy of the 05/12/06 Map – Plans with Sites.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed: September 11, 2015.

_____
Daniel H. Charest