IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FORT WORTH 4TH STREET PARTNERS, L.P., MOJITO ENERGY LLC, KSM MINERALS, LLC, 4th STREET MINERALS, LLC, and REILLY FAMILY MINERALS, LLC, <br><br>  Plaintiffs, <br>v. <br><br> CHESAPEAKE ENERGY CORP., CHESAPEAKE OPERATING, LLC, CHESAPEAKE EXPLORATION, LLC as successor by merger to CHESAPEAKE EXPLORATION, LP, and CHESAPEAKE LAND COMPANY LLC, <br><br>  Defendants. | § § § § § § § § § § § § § § § § § | No. 3:14-cv-03871-M |

## ORDER

In light of settlement of all issues except Claim 12, on which both parties have moved for summary judgment, this case, set for trial on March 14, 2016, is **REMOVED** from the trial docket and all associated deadlines are **CANCELLED**.

**SO ORDERED.**

January 25, 2016.

*[signature]*
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**

1