IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FORT WORTH 4TH STREET PARTNERS, L.P., MOJITO ENERGY LLC, KSM MINERALS, LLC, 4TH STREET MINERALS, LLC, and REILLY FAMILY MINERALS, LLC, <br><br> Plaintiffs <br><br> vs. <br><br> CHESAPEAKE ENERGY CORP., CHESAPEAKE OPERATING, LLC, CHESAPEAKE EXPLORATION, LLC as successor by merger to CHESAPEAKE EXPLORATION, LP, and CHESAPEAKE LAND COMPANY LLC, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:14-cv-03871 |

## FINAL JUDGMENT

The parties have reached an agreement to settle all claims, with the exception of Count 12 of Plaintiffs' Original Complaint [ECF No. 1] (the "Occupied Lands Claim"), pursuant to a Confidential Partial Settlement and Release Agreement effective September 1, 2016 (the "Settlement Agreement"). The parties submitted cross-motions for summary judgment with respect to the Occupied Lands Claim. By Memorandum Opinion and Order dated November 28, 2016 (ECF No. 53], the Court denied Plaintiffs' Motion for Summary Judgment [ECF No. 27] and granted Defendants' Motion for Summary Judgment [ECF No. 24] as to the Occupied Lands Claim.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that Plaintiffs take nothing on their claims against Defendants, and that Plaintiffs' claims be, and are hereby, **DISMISSED**

**WITH PREJUDICE**. Plaintiffs have reserved the right to appeal the Court's Memorandum Opinion and Order dated November 28, 2016 [ECF No. 27].

It is further **ORDERED, ADJUDGED AND DECREED** that each party shall bear its own costs of court and attorneys' fees.

The Court retains jurisdiction to effectuate the Settlement Agreement.

**SO ORDERED.**

SIGNED this 14 day of December, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

511514 000037 18869928.1