IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 17-10040

D.C. Docket No. 3:14-CV-3871

United States Court of Appeals
Fifth Circuit
**FILED**
February 15, 2018
Lyle W. Cayce
Clerk

FORT WORTH 4TH STREET PARTNERS, L.P.; KSM MINERALS, L.L.C.; MOJITO ENERGY, L.L.C.; 4TH STREET MINERALS, L.L.C.; REILLY FAMILY MINERALS, L.L.C.,

    Plaintiffs - Appellants

v.

CHESAPEAKE ENERGY CORPORATION; CHESAPEAKE OPERATING, L.L.C.; CHESAPEAKE EXPLORATION, L.L.C., as Successor by Merger to Chesapeake Exploration, L.P.; CHESAPEAKE LAND COMPANY, L.L.C.; CHESAPEAKE EXPLORATION, L.P.,

    Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas

Before DENNIS, CLEMENT, and GRAVES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on **Mar 09, 2018**

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

# BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

_____ v. _____ No. _____

The Clerk is requested to tax the following costs against: _____

| COSTS TAXABLE UNDER<br>Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED ||||  ALLOWED<br>(If different from amount requested) ||||
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| **Docket Fee ($500.00)** | | | | | | | | |
| **Appendix or Record Excerpts** | | | | | | | | |
| **Appellant's Brief** | | | | | | | | |
| **Appellee's Brief** | | | | | | | | |
| **Appellant's Reply Brief** | | | | | | | | |
| **Other:** | | | | | | | | |
| | | | Total $ _____ || | | Costs are taxed in the amount of $ _____ |||

Costs are hereby taxed in the amount of $ _____ this _____ day of _____, _____.

State of
County of _____

LYLE W. CAYCE, CLERK

By _____
Deputy Clerk

I _____, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This _____ day of _____, _____.

_____
**(Signature)**

***SEE REVERSE SIDE FOR RULES**
**GOVERNING TAXATION OF COSTS**

Attorney for _____

**FIFTH CIRCUIT RULE 39**

***39.1 Taxable Rates.*** The cost of reproducing necessary copies of the brief, appendices, or record excerpts shall be taxed at a rate not higher than $0.15 per page, including cover, index, and internal pages, for any for of reproduction costs. The cost of the binding required by 5TH CIR. R. 32.2.3that mandates that briefs must lie reasonably flat when open shall be a taxable cost but not limited to the foregoing rate. This rate is intended to approximate the current cost of the most economical acceptable method of reproduction generally available; and the clerk shall, at reasonable intervals, examine and review it to reflect current rates. Taxable costs will be authorized for up to 15 copies for a brief and 10 copies of an appendix or record excerpts, unless the clerk gives advance approval for additional copies.

***39.2 Nonrecovery of Mailing and Commercial Delivery Service Costs.*** Mailing and commercial delivery fees incurred in transmitting briefs are not recoverable as taxable costs.

***39.3 Time for Filing Bills of Costs.*** The clerk must receive bills of costs and any objections within the times set forth in FED. R. APP. P. 39(D). See 5TH CIR. R. 26.1.

**FED. R. APP. P. 39.     COSTS**

**(a)** *Against Whom Assessed.* The following rules apply unless the law provides or the court orders otherwise;

(1) if an appeal is dismissed, costs are taxed against the appellant, unless the parties agree otherwise;

(2) if a judgment is affirmed, costs are taxed against the appellant;

(3) if a judgment is reversed, costs are taxed against the appellee;

(4) if a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed only as the court orders.

**(b)** *Costs For and Against the United States.* Costs for or against the United States, its agency or officer will be assessed under Rule 39(a) only if authorized by law.

**©)** *Costs of Copies* Each court of appeals must, by local rule, fix the maximum rate for taxing the cost of producing necessary copies of a brief or appendix, or copies of records authorized by rule 30(f). The rate must not exceed that generally charged for such work in the area where the clerk's office is located and should encourage economical methods of copying.

**(d)** *Bill of costs: Objections; Insertion in Mandate.*

(1) A party who wants costs taxed must – within 14 days after entry of judgment – file with the circuit clerk, with proof of service, an itemized and verified bill of costs.

(2) Objections must be filed within 14 days after service of the bill of costs, unless the court extends the time.

(3) The clerk must prepare and certify an itemized statement of costs for insertion in the mandate, but issuance of the mandate must not be delayed for taxing costs. If the mandate issues before costs are finally determined, the district clerk must – upon the circuit clerk's request – add the statement of costs, or any amendment of it, to the mandate.

**(e)** *Costs of Appeal Taxable in the District Court.* The following costs on appeal are taxable in the district court for the benefit of the party entitled to costs under this rule:

(1) the preparation and transmission of the record;

(2) the reporter's transcript, if needed to determine the appeal;

(3) premiums paid for a supersedeas bond or other bond to preserve rights pending appeal; and

(4) the fee for filing the notice of appeal.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 09, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 17-10040    Fort Worth 4th Street Partners, et al v.
                            Chesapeake Energy Corporation, et al
                            USDC No. 3:14-CV-3871

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Renee S. McDonough, Deputy Clerk
                            504-310-7673

cc:
    Mr. Pervis Jefferson Ballew Jr.
    Mr. Daniel Henry Charest
    Ms. Melissa Davis
    Mr. Craig A. Haynes